IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Complaint No. 18-MJ-00089-SWH |
| MARIO A. HOLMES, | |
| Defendant. | |

**O R D E R**

Upon motion of the United States of America, the complaint against defendant, MARIO A. HOLMES, filed on July 10, 2018, is hereby dismissed.

_____
Honorable John T. Maughmer
United States Magistrate Judge

Dated: July 26, 2018
Kansas City, Missouri